FILED07 JUN '22 10:24USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:22-cr-00203-HZ |
| v. | INDICTMENT |
| BRAEDEN RICHARD RIESS, | 18 U.S.C. § 875(c) |
| Defendant. | |

THE GRAND JURY CHARGES:

### COUNT 1
**(Interstate Communication of a Threat)**
**(18 U.S.C. § 875(c))**

On or about May 15, 2022, in the District of Oregon and elsewhere, defendant **BRAEDEN RICHARD RIESS**, knowingly and willfully transmitted in interstate and foreign commerce a communication containing a threat to injure the person of another, to wit: defendant, for the purpose of issuing a threat and with the knowledge the communication would

be viewed as a threat, sent online messages to the website of a federal agency located in Langley, Virginia, that stated he was going to shoot and kill students at an elementary school located in the District of Oregon;

In violation of Title 18, United States Code, Section 875(c).

Dated: June 7, 2022

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

SCOTT ERIK ASPHAUG
United States Attorney

NATALIE K. WIGHT
Assistant United States Attorney